JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MORAGA, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARSHALLS OF CA, LLC, a Virginia Limited Liability Company; TJX COMPANIES, INC., a Delaware Corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. EDCV 22-1522-MWF(SPx)<br><br>**ORDER GRANTING JOINT STIPULATION TO SUBMIT MATTER TO ARBITRATION AND DISMISS CLASS CLAIMS**<br><br>Trial Date:  Not Set<br>Complaint Filed:  July 13, 2022 |

Having reviewed and considered the parties Joint Motion to Proceed in Arbitration and Stay Action ("Motion") and for good cause shown, the Court GRANTS the motion. Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's class claims are DISMISSED.

2. Plaintiff's remaining individual action is STAYED pursuant to Federal Arbitration Act ("FAA") § 3 (9 U.S.C. §3) pending resolution of this matter in arbitration.

3. The Parties shall advise the Court within five days of resolution of this matter.

4. The Court ORDERS the Clerk to administratively close this action.

**IT IS SO ORDERED.**

Dated:  October 17, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge